**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit
Chicago, Illinois 60604**

Submitted November 10, 2005[*]
Decided November 21, 2005

**Before**

Hon. THOMAS E. FAIRCHILD, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 05-2360

| | |
|---|---|
| XAVIER McCLINTON<br>    *Petitioner-Appellant*,<br><br>    *v.*<br><br>UNITED STATES OF AMERICA,<br>    *Respondent-Appellee*. | Appeal from the United States District Court for the Western District of Wisconsin<br><br>No. 05-C-49-C<br><br>Barbara B. Crabb,<br>*Chief Judge*. |

**O R D E R**

In 1996 a jury found Xavier McClinton guilty of conspiracy to distribute cocaine, 21 U.S.C. §§ 841(a)(1), 846, and the district court sentenced him to 188 months in prison after finding by a preponderance of the evidence several facts that increased his sentencing guideline range. In this action under 28 U.S.C. § 2255, McClinton seeks to have his sentence vacated in light of *United States v. Booker*, 125 S. Ct. 738 (2005). McClinton acknowledges that we have already decided that *Booker* does not apply retroactively in collateral proceedings, *McReynolds v. United States*, 397 F.3d 479 (7th Cir. 2005). That case addresses the arguments he now presents, and we see no need to revisit it.

AFFIRMED.

---

[*] After an examination of the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* Fed. R. App. P. 34(a)(2).